FANNIE HECHT, Appellant, *v.* ISAAC T. FLATTO, Respondent.

Supreme Court, Appellate Term, First Department, January 9, 1936.

*I. Bregoff*, for the appellant.

*I. T. Flatto*, for the respondent.

PER CURIAM. There is nothing in sections 1077-a, 1077-b and 1083-b of the Civil Practice Act which prevents the bringing of an action against a guarantor for an unpaid installment of interest.

Order denying plaintiff's motion for summary judgment and order granting defendant's cross-motion for judgment on the pleadings reversed, with ten dollars costs; plaintiff's motion for summary judgment granted, and defendant's motion denied.

All concur. Present — LYDON, HAMMER and FRANKENTHALER, JJ.